Domenic A. MOSCA, Jr.

v.

Arthur J. COURNOYER.

No. 78–265–A.

Supreme Court of Rhode Island.

Feb. 14, 1980.

Paul P. Pederzani, Jr., North Kingstown, for plaintiff.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for defendant.

ORDER

This case is hereby remanded to the Superior Court for hearing on the question of the removal of the default judgment.

DORIS, J., did not participate.

■

PROVIDENCE TEACHERS UNION

v.

PROVIDENCE SCHOOL COMMITTEE.

No. 79–235–Appeal.

Supreme Court of Rhode Island.

Feb. 14, 1980.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Richard A. Skolnik, Providence, for plaintiff.

Vincent J. Piccirilli, Providence, for defendant.

ORDER

This matter comes before us on a motion by the plaintiff to affirm a judgment of the Superior Court confirming an arbitrator's award. This motion was filed pursuant to our Rule 16(g). Oral argument was presented by the parties on February 6, 1980. Pursuant to principles enunciated in *Jacinto v. Egan*, R.I., 391 A.2d 1173 (1978), and *Belanger v. Matteson*, 115 R.I. 332, 346 A.2d 124 (1975), the motion to affirm is hereby granted.

DORIS, J., did not participate.